UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>ALEJANDRO BARRAZA GARCIA,<br><br>                                    Defendant. | Case No.:  22-cr-1484-RSH<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS AND DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>[ECF 24] |

Upon motion of the United States, and Defendant having filed a statement of non-opposition, pursuant to Rule 48(a) and for good cause shown the United States' motion to dismiss is GRANTED and the Information is ordered DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated:  August 11, 2022

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge